## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Painters and Decorators Pension Welfare, Savings, Apprenticeship,Scholarship and Cooperation Funds, | FILED APRIL 28, 2008          YM 08CV2407 |
| Plaintiff, | JUDGE NORGLE |
| V. | MAGISTRATE JUDGE SCHENKIER |
| McPartland & McPartland, Inc., an Illinois corporation | |
| Defendants, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| ANTHONY SANDERS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Anthony B. Sanders |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6278133 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | |
|---|---|---|
| | YES ☐ | NO ☑ |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | |
|---|---|---|
| | YES ☐ | NO ☑ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | |
|---|---|---|
| | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |