### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:  08CV2407

Assigned/Issued  By:  J. N.

Judge Name:  NORGLE

Designated Magistrate Judge:  SCHENKIER

---

## FEE INFORMATION

***Amount Due:***    ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____    Receipt #: 2730871_____

Date Payment Rec'd: 4/28/08_____    Fiscal Clerk: J. N._____

---

## ISSUANCES

☑ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
      (Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment
_____
(Victim, Against and $ Amount)

☐ Other
_____
(Type of issuance)

1_____ Original and 0_____ copies on 4-28-08_____ as to DEFENDANT_____
                                    (Date)