IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS, | ) ) ) ) ) ) ) ) | No. 08 C 2407  Judge Norgle |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MCPARTLAND & MCPARTLAND, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT AND FINAL JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Final Judgment in Sum Certain in favor of Plaintiffs and against Defendant, McPartland & McPartland, Inc.

In support thereof, Plaintiffs state:

1. This case was filed on April 28, 2008.

2. Defendant was served on May 6, 2008.

3. Since Defendant has not subsequently answered the Complaint or otherwise pled, and an excess of 20 days having expired since Service of Process, this Court may grant Plaintiffs judgment in sum certain under F.R.C.P. 55(b)(2).

4. Plaintiffs' auditors have audited Defendant for the period August 1, 2007 through June 30, 2008.

5.　　Auditors Richard J. Wolf & Co. found that Defendant owes Plaintiffs $69,271.63 in benefits, $10,390.75 in liquidated damages, and $765.00 in audit costs for the period August 1, 2007 through June 30, 2008.  (See Wolf Affidavit, Exhibit "A," ¶¶ 3-4.)

6.　　The total amount due totals $80,427.38.

7.　　As of this time Defendant has made no payments toward this amount.

**WHEREFORE**, Plaintiffs pray for:

1.　　The entry of final judgment against Defendant in the amount of $80,427.38.

2.　　Retain jurisdiction to enforce the judgment.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS,**

　　　　　　　　　　　　　　　　By:  /s/ Anthony B. Sanders_____
　　　　　　　　　　　　　　　　　　　　One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

# Exhibit A

Case 1:08-cv-02407   Document 10-2   Filed 08/19/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>MCPARTLAND & MCPARTLAND, INC., an Illinois corporation,<br><br>        Defendant. | No. 08 C 2407<br><br>Judge Norgle |

## AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the auditing firm of Richard J. Wolf and Company, Inc.

2. Our firm completed a compliance audit for the Painters & Decorators #14 Fringe Benefit Funds ("Funds") on McPartland & McPartland, Inc., for the period August 1, 2007 through June 30, 2008.

3. The audit found arrears owing to the Funds in the amount of $69,271.63 in benefits and $10,390.75 in liquidated damages.

4. Our firm charged the Painters & Decorators #14 Fringe Benefit Funds $765.00 for services to perform the audit.

5. The total amount due based on the above amounts comes to $80,427.38.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the

1

foregoing.


FURTHER AFFIANT SAYETH NOT,

                                                    */s/ Richard J. Wolf*
                                                    Richard J. Wolf


SUBSCRIBED AND SWORN TO
before me this 19th day
of August, 2008

*/s/ Laura Trlak*
Notary Public

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>MCPARTLAND & MCPARTLAND, INC., an Illinois corporation,<br><br>Defendant. | No. 08 C 2407<br><br>Judge Norgle |

### ORDER OF FINAL JUDGMENT IN SUM CERTAIN

This matter coming to be heard upon Plaintiffs' Motion for Final Judgment in Sum Certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That judgment is entered in favor of the Plaintiffs TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS FRINGE PENSION, WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS and against the Defendant McPartland & McPartland, Inc., in the amount of $80,427.38.

2. This Court retains jurisdiction to enforce this judgment.

3. This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE NORGLE**

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415