IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>MCPARTLAND & MCPARTLAND, INC., an Illinois corporation,<br><br>        Defendant. | )<br>)<br>)<br>)  No. 08 C 2407<br>)<br>)  Judge Norgle<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:    Patrick McPartland
McPartland and McPartland, Inc.
19724 Edgebrook Lane
Tinley Park, IL 60487

    **PLEASE TAKE NOTICE** that on **August 29, 2008 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Norgle**, in the **Courtroom 2341** usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and Final Judgment in Sum Certain.

                        Respectfully submitted,

                        **TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS,**

                        By: s/ Anthony B. Sanders
                            One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion for Order of Default and Final Judgment in Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid and via facsimile.

Patrick McPartland
McPartland and McPartland, Inc.
19724 Edgebrook Lane
Tinley Park, IL 60487

                                     **s/Anthony B. Sanders**
                                      ARNOLD AND KADJAN
                                      19 W. Jackson Blvd., Suite 300
                                      Chicago, IL 60604
                                      Telephone No.:  (312) 236-0415
                                      Facsimile No.:  (312) 341-0438
                                      Dated:  August 19, 2008